**Order entered January 28, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01413-CV

**THOMAS W. CAMPBELL AND DONNA CAMPBELL, Appellants**

**V.**

**DALE ANN MARTELL, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06460**

## ORDER

Before the Court is court reporter Vielica Dobbins's January 24, 2020 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than February 18, 2020.

/s/ ERIN A. NOWELL
   JUSTICE